**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: June 10, 2015**

_____
**CRAIG A. GARGOTTA
UNITED STATES BANKRUPTCY JUDGE**
_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE | § | LEAD CASE NO. 15-51424 |
| | § | |
| MA LERIN HILLS HOLDER, LP, | § | SECOND CASE NO.15-51425 |
| | § | |
| L H DEVCO, INC., | § | THIRD CASE NO. 15-51426 |
| | § | |
| LERIN HILLS UTILITY EASEMENT, HOLDER, LLC, | § § | CHAPTER 11 |
| | § | (Jointly Administered Under |
| Jointly Administered Debtors. | § | 15-51424) |

**ORDER GRANTING MOTION FOR JOINT ADMINISTRATION**

The Debtor filed a motion entitled *Motion for Order Directing Joint Administration of Bankruptcy Cases* in the above styled and numbered chapter 11 cases seeking joint administration of such cases ("Motions").[1] The Court finds that (i) it has jurisdiction over the matters raised in the Motion pursuant to 28 U.S.C. §§ 157 and 1334; (ii) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); (iii) the relief requested in the Motion is in the best interests of the Debtors, their estates and their creditors; (iv) proper and adequate notice of the Motion has

---

[1] All capitalized terms not defined herein shall have the meaning ascribed to them in the Motions.

6/9/2015 9:20 AM
6110808.1

been given and that no other or further notice is necessary; (v) all objections to the Motion have been resolved by this Order or are overruled in their entirety; and (vi) upon the record herein after due deliberation thereon good and sufficient cause exists for the granting of the relief as set forth herein.

ACCORDINGLY, IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that the chapter 11 cases of MA Lerin Hills Holder, LP, L H Devco, Inc. and Lerin Hills Utility Easement Holder, LLC be jointly administered in accordance with the terms of this Order, as follows:

(1) Nothing contained in this Order shall be construed as directing or otherwise effecting a substantive consolidation of the bankruptcy cases of the Debtors; it is the Court's intention to jointly administer the bankruptcy cases of the Debtors for procedural purposes only;

(2) MA Lerin Hills Holder, LP, L H Devco, Inc. and Lerin Hills Utility Easement Holder, LLC are to be jointly administered under Case No. 15-51424;

(3) Judge Craig A. Gargotta shall preside over these jointly administered cases;

(4) The joint caption of the MA Lerin Hills Holder, LP, L H Devco, Inc. and Lerin Hills Utility Easement Holder, LLC cases shall read as shown in attached Exhibit A.

(5) All original pleadings shall be captioned as set out above and all original docket entries shall be made in the case of MA Lerin Hills Holder, LP;

(6) All proofs of claim shall be filed under the case number representing the Debtor's estate against which the claim is made;

(7) Each of the Debtors shall (a) file separate monthly operating reports; (b) maintain separate financial accounts and records; (c) not be liable for the claims against any of the Debtors by virtue of this Order; and (d) file separate Bankruptcy Schedules and Statements of Financial Affairs;

(8) A docket entry shall be made in each of the Debtors' cases substantially as follows: *An order has been entered in this case directing the joint administration of the chapter 11 cases of MA Lerin Hills Holder, LP, L H Devco, Inc. and Lerin Hills Utility Easement Holder, LLC; the docket in the chapter 11 case of MA Lerin Hills Holder, LP, Case No. 15-51424 should be consulted for all matters affecting this case*;

(9) Debtor shall file a master service list in *MA Lerin Hills Holder, LP* which includes all creditors, persons filing Notices of Appearances, and all parties-in-interest in all the debtor's jointly administered cases for future noticing requirements; and

(10) This order shall be served by the debtor on interested parties and all parties included on the master service list.

# # #

Deborah D. Williamson
State Bar No. 21617500
DYKEMA COX SMITH
112 East Pecan Street, Suite 1800
San Antonio, Texas 78205
(210) 554-5500
(210) 226-8395 (Fax)
dwilliamson@dykema.com

**PROPOSED ATTORNEYS DEBTORS
AND DEBTORS-IN-POSSESSION**

3

# EXHIBIT "A"

# JOINTLY ADMINISTERED CASES CAPTION

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| In re: | § § § | Chapter 11 |
| MA LERIN HILLS HOLDER, LP, *et al.*, | § § | Case No. 15-51424 |
| Debtors. | § § § | Jointly Administered |